CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNNY L. GARCIA,<br>    Plaintiff, | Case No. 7:13CV00080 |
| v. | **FINAL ORDER** |
| GEORGE HINKLE *et al.*,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that this matter is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), and stricken from the court's active docket.

**ENTER:** July 22, 2013.

_____
UNITED STATES DISTRICT JUDGE